**Warner Bros. Entertainment Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 24-cv-09867**

Schedule A

| No. | Seller Alias | URL | Trademark Infringed[1] | Frozen Amount |
|---|---|---|---|---|
| 1 | Changsha Qingyulan Homeware Co., Ltd | https://csqyl.en.alibaba.com/index.html | Reg. No. 2,450,787 | $509.99 |
| 2 | Guangzhou Hendry Gifts Co.,Ltd | https://hendryelectronic.en.alibaba.com/index.html | Reg. No. 2,479,341 | $46.56 |
| 3 | Guangzhou Plidy Watch Co., Ltd | https://plidy88.en.alibaba.com/index.html | Reg. No. 2,479,341 | $0.43 |
| 4 | Hangzhou Lifc Import& Export Co., Ltd. | https://lifc.en.alibaba.com/minisiteentrance.html | Reg. No. 2,685,932 | $40.77 |
| 5 | Hangzhou Xihu Yihui Jewelry Firm | https://hangzhouyihui.en.alibaba.com/index.html | Reg. No. 2,479,341 | $0.00 |
| 6 | Hebei Supercandle Trading Co., Ltd | https://supercandle.en.alibaba.com/index.html | Reg. No. 2,497,083 | $775.88 |
| 7 | Huangshi Binguo Party Trading Co., Ltd. | https://partylinks.en.alibaba.com/minisiteentrance.html | Reg. No. 6,124,689 | $0.00 |
| 8 | Jinhua Wucheng Iyan Trading Firm | https://jhaiyan.en.alibaba.com/index.html | Reg. No. 5,109,878 | $1.75 |
| 9 | Kewen Commercial And Trading (Dalian) Co., Ltd. | https://kewenltd.en.alibaba.com/index.html | Reg. No. 6,072,780 | $0.00 |
| 10 | Ningbo Ehang Household Products Co., Ltd. | https://e-hang.en.alibaba.com/minisiteentrance.html | Reg. No. 6,124,684 | $15.00 |
| 11 | Ningbo Jinghui Trading Co., Ltd | https://nbjhtrading.en.alibaba.com/index.html | Reg. No. 2,550,774 | $8.00 |
| 12 | Ningbo Reginfield Imp.&Exp. Co., Ltd. | https://reginfield.en.alibaba.com/index.html | Reg. No. 2,685,932 | $5.00 |
| 13 | Quanzhou Economic And Technological Development Zone Tiyou Trading Co., Ltd | https://qzdysm88.en.alibaba.com/index.html | Reg. No. 2,497,083 | $3.22 |
| 14 | Quanzhou Yoho Yoho Trading Co., Ltd. | https://youhuyouhu.en.alibaba.com/minisiteentrance.html | Reg. No. 2,497,083 | $0.12 |
| 15 | Shandong Zhengyou Wood Industry Co., Ltd. | https://sdzhengyou.en.alibaba.com/index.html | Reg. No. 2,479,341 | $587.36 |

---

[1] This column lists one trademark infringed per Defendant. In some instances, the Defendants have infringed multiple trademarks.

| | | | | |
|---|---|---|---|---|
| 16 | Shantou Chenghai Yiteng Toy Firm | https://etetoys.en.alibaba.com/index.html | Reg. No. 2,497,083 | $0.00 |
| 17 | Shenzhen Fengshengyuan Industry Co., Ltd. | https://szfsysy.en.alibaba.com/minisiteentrance.html | Reg. No. 2,497,083 | $0.00 |
| 18 | Shenzhen Longgang District Qiubao Trade Firm | https://qiubao.en.alibaba.com/minisiteentrance.html | Reg. No. 2,450,788 | $0.00 |
| 19 | Shenzhen Panda Technology Co., Ltd | https://pandatoy.en.alibaba.com/index.html | Reg. No. 2,497,083 | $0.00 |
| 20 | Shenzhen Rui Cai Gifts Co., Ltd | https://rcgift.en.alibaba.com/index.html | Reg. No. 2,479,341 | $3.00 |
| 21 | Shenzhen Shenyuanyouchuang Technology Co., Ltd. | https://deepstech.en.alibaba.com/minisiteentrance.html | Reg. No. 5,656,811 | $6.57 |
| 22 | Shenzhen Weien Tech Co., Ltd | https://weienn.en.alibaba.com/index.html | Reg. No. 2,479,341 | $85.00 |
| 23 | Taizhou Jinxun Arts And Crafts Co., Ltd. | https://tzjinxun.en.alibaba.com/index.html | Reg. No. 2,479,341 | $0.00 |
| 24 | Tonglu Zhuowai E-Commerce Co., Ltd. | https://tljoytoys.en.alibaba.com/minisiteentrance.html | Reg. No. 2,479,341 | $0.00 |
| 25 | Wuhan WYH Toys Co., Ltd. | https://wyunhui.en.alibaba.com/index.html | Reg. No. 2,607,934 | $2.00 |
| 26 | Yiwu Cekun Jewelry Co., Ltd | https://cekunjewelry.en.alibaba.com/index.html | Reg. No. 5,109,878 | $0.00 |
| 27 | Yiwu Guang Sea Crafts Co., Ltd. | https://ywguanghai.en.alibaba.com/index.html | Reg. No. 2,479,341 | $0.03 |
| 28 | Yiwu Haiyoung Trading Co., Ltd | https://kylin8.en.alibaba.com/index.html | Reg. No. 2,479,341 | $16.00 |
| 29 | Yiwu Huating Imp & Exp Co., Ltd | https://awaking.en.alibaba.com/index.html | Reg. No. 2,497,083 | $0.00 |
| 30 | Yiwu Muchuang Crafts Co., Ltd | https://frenziedguy.en.alibaba.com/index.html | Reg. No. 2,530,755 | $53.97 |
| 31 | Yiwu Shili Toy Co., Ltd. | https://shiliwanju.en.alibaba.com/minisiteentrance.html | Reg. No. 2,479,341 | $0.00 |
| 32 | Yiwu Yanqin E-Commerce Firm | https://ywyq.en.alibaba.com/index.html | Reg. No. 2,479,341 | $0.24 |
| 33 | Yiwu Yibu Import & Export Co., Ltd | https://yibuimport.en.alibaba.com/index.html | Reg. No. 2,479,341 | $18.55 |
| 34 | Yiwu Yunjin Trading Co., Ltd. | https://magicwand.en.alibaba.com/index.html | Reg. No. 2,497,083 | $0.00 |
| 35 | Yiwu Zhenwan E-Commerce Co., Ltd | https://zwtoy.en.alibaba.com/index.html | Reg. No. 2,497,083 | $0.00 |
| 36 | Zhongshan Aumeter Technology Co., Ltd. | https://aumeter.en.alibaba.com/minisiteentrance.html | Reg. No. 2,497,083 | $0.00 |
| 37 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| | | | | |
|---|---|---|---|---|
| 38 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 40 | JoJocos | https://www.ebay.com/str/jojocos | Reg. No. 2,516,387 | $3.96 |
| 41 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 43 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 44 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 45 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 46 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 47 | shoppingholic365 | https://www.ebay.com/usr/shoppingholic365 | Reg. No. 2,480,839 | $0.00 |
| 48 | world_trade_mkt | https://www.ebay.com/usr/world_trade_mkt | Reg. No. 2,450,788 | $210.50 |
| 49 | xia_833698 | https://www.ebay.com/str/xia833698 | Reg. No. 2,506,165 | $6.39 |
| 50 | zengzhixiang | https://www.ebay.com/usr/zengzhixiang | Reg. No. 5,109,878 | $0.00 |
| 51 | ab-327851 | https://www.ebay.com/str/ab327851 | Reg. No. 2,450,788 | $0.00 |
| 52 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 53 | atgik_0 | https://www.ebay.com/usr/atgik_0 | Reg. No. 2,497,083 | $0.00 |
| 54 | braveheart2017 | https://www.ebay.com/str/braveheart2017?_tab=1 | Reg. No. 2,506,165 | $14.84 |
| 55 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 56 | buyitnow-365 | https://www.ebay.com/usr/buyitnow-365 | Reg. No. 2,506,165 | $109.13 |
| 57 | cai_4408 | https://www.ebay.com/str/xcdz | Reg. No. 2,506,165 | $0.00 |
| 58 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 61 | dollhouse506 | https://www.ebay.com/str/mymagicalhome | Reg. No. 2,450,787 | $0.55 |
| 62 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 63 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 64 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 65 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 66 | ff_1688 | https://www.ebay.com/str/ff1688 | Reg. No. 5,109,878 | $0.00 |
| 67 | gaoshengshipin118 | https://www.ebay.com/str/gaoshengshipin118 | Reg. No. 2,506,165 | $0.00 |
| 68 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 69 | goodluck34_1 | https://www.ebay.com/usr/goodluck34_1 | Reg. No. 2,493,484 | $0.00 |
|---|---|---|---|---|
| 70 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 71 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 72 | happygirlsmiling | https://www.ebay.com/usr/happygirlsmiling | Reg. No. 2,450,787 | $0.00 |
| 73 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 74 | hosun2009 | https://www.ebay.com/str/fodimonjewelry?_tab=2 | Reg. No. 2,506,165 | $58.97 |
| 75 | kasstinomall | https://www.ebay.com/usr/kasstinomall | Reg. No. 2,506,165 | $37.74 |
| 76 | kasstinomall | https://www.ebay.com/usr/kasstinomall | Reg. No. 2,506,166 | $0.00 |
| 77 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 79 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 80 | kiss*candyagain | https://www.ebay.com/str/kiscandy | Reg. No. 2,450,787 | $0.09 |
| 81 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 83 | lilyshop_99 | https://www.ebay.com/str/lilyshop99 | Reg. No. 2,450,787 | $132.95 |
| 84 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 85 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 86 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 87 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 88 | nnob_13 | https://www.ebay.com/str/tntglobal | Reg. No. 3,926,486 | $0.00 |
| 89 | nostalgiall | https://www.ebay.com/str/flywith055 | Reg. No. 2,506,166 | $32.44 |
| 90 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 91 | ribellastore | https://www.ebay.com/usr/ribellastore | Reg. No. 2,450,788 | $0.00 |
| 92 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 93 | sagasl | https://www.ebay.com/str/bestoffermartlp?_tab=1 | Reg. No. 6,072,780 | $0.00 |
| 94 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 95 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 96 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 97 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 98 | steampunk-world | https://www.ebay.com/str/steampunkworld | Reg. No. 2,506,165 | $55.47 |
| 99 | sycamoredreamhome | https://www.ebay.com/usr/sycamoredreamhome | Reg. No. 2,497,083 | $64.85 |

| | | | | |
|---|---|---|---|---|
| 100 | tech_online | https://www.ebay.com/str/tconlinestore | Reg. No. 2,506,165 | $20.82 |
| 101 | thebargainbean7 | https://www.ebay.com/usr/thebargainbean7?_tab=1 | Reg. No. 2,506,165 | $0.00 |
| 102 | thvi_3187 | https://www.ebay.com/str/tshirt102 | Reg. No. 2,450,787 | $0.00 |
| 103 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 104 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 105 | trending_vendor | https://www.ebay.com/str/trendingvendor?_tab=1 | Reg. No. 2,506,165 | $6.44 |
| 106 | weicx-06 | https://www.ebay.com/str/weicx06?_tab=1 | Reg. No. 2,506,165 | $0.00 |
| 107 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 108 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 109 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 110 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 111 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 112 | yxing_76 | https://www.ebay.com/usr/yxing_76 | Reg. No. 2,450,788 | $16.72 |
| 113 | Linyi Aozhan Import and Export Co., Ltd. | https://aozhanflag.en.made-in-china.com | Reg. No. 5,581,853 | $0.00 |
| 114 | shengyuxiang | https://www.wish.com/merchant/646b268e65e86e7e224d50cc | Reg. No. 2,506,165 | $0.00 |
| 115 | TSQ Global | https://wish.com/merchant/5f22841fa4f31ded5708778e | Reg. No. 2,497,083 | $252.40 |
| 116 | wall decoration painting | https://wish.com/merchant/6090b3219202bafbcc5a5289 | Reg. No. 5,734,453 | $45.15 |
| 117 | wenti.ltd | https://wish.com/merchant/58b8388dee9190598c432d6d | Reg. No. 6,124,689 | $0.00 |
| 118 | yuleistory | https://www.wish.com/merchant/591adc5c158ad83a5016a816 | Reg. No. 2,506,165 | $14.90 |